UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE STATE OF NEW YORK,

          Plaintiff,

            -against-

THE UNITED STATES ARMY CORPS OF
ENGINEERS; COLONEL CHRISTOPHER LARSEN,
*in his official capacity as Division Engineer, North
Atlantic Division of the United States Army Corps of
Engineers*; THE UNITED STATES FISH AND
WILDLIFE SERVICE; ROWAN W. GOULD, *in his
official capacity as Acting Director of the United States
Fish and Wildlife Service*; THE UNITED STATES
NATIONAL PARK SERVICE; JONATHAN B.
JARVIS, *in his official capacity as Director of the
United States National Park Service*; THE UNITED
STATES DEPARTMENT OF THE INTERIOR;
KENNETH SALAZAR, *in his official capacity as
Secretary of the United States Department of the
Interior*; THE UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; LISA JACKSON, *in her
official capacity as Administrator of the United States
Environmental Protection Agency*; THE DELAWARE
RIVER BASIN; and CAROL COLLIER, *in her official
capacity as Executive Director of the Delaware River
Basin*,

            Defendants,

          -and-

AMERICAN PETROLEUM INSTITUTE;
INDEPENDENT PETROLEUM ASSOCIATION OF
AMERICA; and US OIL & GAS ASSOCIATION,

            Putative Defendant-Intervenors.

-------------------------------------------------------------------X

**MEMORANDUM**

**11-CV-2599 (NGG) (CLP)**

1

---------------------------------------------------------------------X

DAMASCUS CITIZENS FOR SUSTAINABILITY, INC.,

                Plaintiff,

          -against-

THE UNITED STATES ARMY CORPS OF ENGINEERS; COLONEL CHRISTOPHER LARSEN, *in his official capacity as Division Engineer, North Atlantic Division of the United States Army Corps of Engineers*; THE UNITED STATES FISH AND WILDLIFE SERVICE; ROWAN W. GOULD, *in his official capacity as Acting Director of the United States Fish and Wildlife Service*; THE UNITED STATES NATIONAL PARK SERVICE; JONATHAN B. JARVIS, *in his official capacity as Director of the United States National Park Service*; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH SALAZAR, *in his official capacity as Secretary of the United States Department of the Interior*; THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LISA JACKSON, *in her official capacity as Administrator of the United States Environmental Protection Agency*; THE DELAWARE RIVER BASIN; and CAROL COLLIER, *in her official capacity as Executive Director of the Delaware River Basin*,

                Defendants,

          -and-

AMERICAN PETROLEUM INSTITUTE; INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA; and US OIL & GAS ASSOCIATION,

                Putative Defendant-Intervenors.

---------------------------------------------------------------------X

**MEMORANDUM**

**11-CV-3857 (NGG) (CLP)**

```
-------------------------------------------------------------------X
```

DELAWARE RIVERKEEPER NETWORK; THE
DELAWARE RIVERKEEPER; RIVERKEEPER,
INC.; THE HUDSON RIVERKEEPER; and
NATIONAL PARKS CONSERVATION,

**MEMORANDUM**

**11-CV-3780 (NGG) (CLP)**

        Plaintiffs,

        -against-

THE UNITED STATES ARMY CORPS OF
ENGINEERS; COLONEL CHRISTOPHER LARSEN,
*in his official capacity as Division Engineer, North
Atlantic Division of the United States Army Corps of
Engineers*; THE DELAWARE RIVER BASIN
COMMISSION; and CAROL COLLIER, *in her official
capacity as Executive Director of the Delaware River
Basin Commission*,

        Defendants,

        -and-

AMERICAN PETROLEUM INSTITUTE;
INDEPENDENT PETROLEUM ASSOCIATION OF
AMERICA; and US OIL & GAS ASSOCIATION,

        Putative Defendant-Intervenors.

```
-------------------------------------------------------------------X
```

NICHOLAS G. GARAUFIS, United States District Judge.

The State of New York and several non-governmental actors (collectively "Plaintiffs")

filed the above-captioned actions, which the court has consolidated for pre-trial purposes

(Docket Entry dated Aug. 10, 2011). Plaintiffs are suing the Delaware River Basin Commission

(the "DRBC"), the United States Army Corps of Engineers, and—in two of the three actions—

several other United States government agencies (collectively, the "Federal Defendants).

Plaintiffs seek declaratory and injunctive relief requiring the DRBC and the Federal Defendants

to follow the National Environmental Policy Act of 1969, 42 U.S.C. 4321 et seq. ("NEPA") by preparing an environmental impact statement ("EIS") before the DRBC approves any regulations permitting extraction of natural gas through hydraulic fracturing ("hydrofracking").

Plaintiff State of New York alleges that hydrofracking in the Delaware River Basin could have a significant impact on the New York City Watershed.  (See New York Am. Compl. (Docket Entry # 51) ¶¶ 63-74.)  The State alleges that the environmental impact on the watershed could be such that the City of New York might be forced to filter the water it obtains from the Delaware River Basin.  (Id. ¶ 70.)  Because the State alleges that the actions Defendants are contemplating could cause the City of New York to expend public money in creating and implementing a filtration system for water it obtains from the River Basin, the court wishes to give the City the opportunity to be heard in these actions.  Therefore, the court invites the City of New York to participate in these consolidated actions as amicus curiae, beginning with the conference currently scheduled for December 13, 2011.  This memorandum shall be communicated to the City by facsimile to the Office of the Corporation Counsel of the City of New York and to the Commissioner of the New York City Department of Environmental Protection.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　   /s/ Nicholas G. Garaufis   
Dated: Brooklyn, New York                          NICHOLAS G. GARAUFIS
　　　   December 12, 2011                          United States District Judge