


★ FEB 14 2012 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br>        Plaintiff, | No. CV-11-2599 (NGG)(CLP) |
| v. | ECF Case |
| THE UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br>        Defendants,<br>        -and-<br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br>        Putative Defendant-Intervenors | |
| DELAWARE RIVERKEEPER NETWORK, *et al.*,<br>        Plaintiffs, | No. CV-11-3780 (NGG)(CLP) |
| v. | ECF Case |
| THE UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br>        Defendants,<br>        -and-<br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br>        Putative Defendant-Intervenors | |
| DAMASCUS CITIZENS FOR SUSTAINABILITY, INC.,<br>        Plaintiff, | No. CV-11-3857 (NGG)(CLP) |
| v. | ECF Case |
| THE UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br>        Defendants,<br>        -and-<br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br>        Putative Defendant-Intervenors | |

## ORDER

The motion for admission to practice *pro hac vice* in the above captioned matter is GRANTED.

Jon Alan Mueller is permitted to argue or try this particular case in whole or in part as counsel for proposed amicus Chesapeake Bay Foundation, Inc.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

SO ORDERED this 13 day of Feb., 2012.

s/Nicholas G. Garaufis

**United States District Judge**